CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 NOV -8 PM 6: 00

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MARCO MALDONADO, | § | |
| Petitioner, | § | |
| v. | § | 2:16-CV-0120 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Came for consideration the motion to vacate, set aside or correct sentence by a person in federal custody filed by petitioner. On September 29, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. After being granted an extension of time, petitioner filed objections to the Report and Recommendation on November 6, 2017.

Having made an independent examination of the record in this case and having examined the Report and Recommendation of the Magistrate Judge, the undersigned United States District Judge hereby OVERRULES petitioner's objections, and ADOPTS the Report and Recommendation. Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by petitioner is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this ____8th____ day of ____November____ 2017.

_____
MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE